# Exhibit A



# Service of Process Transmittal
04/14/2021
CT Log Number 539383525

| | |
|---|---|
| **TO:** | Donna Shavers<br>Albertson's LLC<br>PO BOX 160066, 321 MONTGOMERY RD<br>ALTAMONTE SPRINGS, FL 32716-0066 |
| **RE:** | **Process Served in Nevada** |
| **FOR:** | Albertson's LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | HERNALDO MARTINEZ-MESTRE, ETC., PLTF. vs. ALBERTSON'S, LLC, ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # A21832469C |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/14/2021 at 10:05 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/14/2021, Expected Purge Date: 04/19/2021 |
| | Image SOP |
| | Email Notification,  Michael McCue  Michael.McCue@safeway.com |
| | Email Notification,  Donna Shavers  donna.shavers@albertsons.com |
| | Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com |
| | Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / RC


CT Corporation

**Service of Process Transmittal**
04/14/2021
CT Log Number 539383525

**TO:** Donna Shavers
Albertson's LLC
PO BOX 160066, 321 MONTGOMERY RD
ALTAMONTE SPRINGS, FL 32716-0066

**RE:** **Process Served in Nevada**

**FOR:** Albertson's LLC  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

1  **SEI**
   JOHN C. COURTNEY, ESQ.
2  Nevada Bar No. 11092
   SEBASTIAN F. GAJARDO, ESQ.
3  Nevada Bar No. 14874
   ANDREW P. DUNNING, ESQ.
4  Nevada Bar No. 13864
   **LBC LAW GROUP**
5  3215 W. Charleston Blvd., Ste. 120
   Las Vegas, Nevada 89102
6  Ph.: (702) 608-3030
   Fax: (702) 463-4443
7  info@lbclawgroup.com
   *Attorneys for Plaintiff*
8

9              **EIGHTH JUDICIAL DISTRICT COURT**

10                   **CLARK COUNTY, NEVADA**

11

12 | HERNALDO MARTINEZ-MESTRE, an individual,        | Case No.: A-21-832469-C
13 |                                                  | Dept. No.:
   | Plaintiff,
14 |
   | v.
15 |
   | ALBERTSON'S, LLC, a foreign limited-
16 | liability company; y, DOES I-X, and
   | ROES XI-XX,
17 |
   | Defendants.
18

19

20                      **SUMMONS - CIVIL**

21 **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
   WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.**
22 **READ THE INFORMATION BELOW.**

23 **TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for
   the relief set forth in the Complaint.
24

25     1.     If you intend to defend this lawsuit, within 21 days after this Summons is served on
   you, exclusive of the day of service, you must do the following:
26

27     (a)    File with the Clerk of the Court, whose address is shown below, a formal response
              to the Complaint in accordance with the rules of the Court, with the appropriate
28            filing fee.

                                          1

Case 2:21-cv-01098-APG-BNW    Document 1-3    Filed 06/09/21    Page 5 of 12

  (b) Serve a copy of your response upon the attorney whose name and address is shown below.

  2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

  3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

  4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislatures each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

LBC LAW GROUP

By:  */s/ Sebastian F. Gajardo*
  Sebastian F. Gajardo, Esq.
  Nevada Bar No. 14874
  3215 W. Charleston Blvd., Ste. 120
  Las Vegas, Nevada 89102
  Ph: (702) 608-3030/Fax: (702) 463-4443
  Email: info@lbclawgroup.com
  *Attorneys for Plaintiff*

STEVEN D. GRIESON
CLERK OF THE COURT

By: _____ 4/7/2021
  Deputy Clerk    Date
  Regional Justice Center
  200 Lewis Avenue
  Las Vegas, Nevada 89155

Demond Palmer

**NOTE: When service is made by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

2

## AFFIDAVIT OF SERVICE

STATE OF _____ )
                               ) ss:
COUNTY OF _____ )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received copy(ies) of the Summons and Complaint, on the \_\_\_ day of _____, 20\_\_ and served the same on the \_\_\_ day of _____, 20\_\_ by:

(Affiant must complete the appropriate paragraph)

1. Delivering and leaving a copy with the Defendant _____ at (state address) _____.

2. Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address)
[Use paragraph 3 for service upon agent, completing (a) or (b)]

3. Serving the Defendant _____ by personally delivering and leaving a copy at _____ (state address)

(a) With _____ as _____, an agent lawfully designated by statute to accept service of process;
(b) With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

    ☐    Ordinary mail
    ☐    Certified mail, return receipt requested
    ☐    Registered mail, return receipt requested

/ / /

/ / /

/ / /

/ / /

3

addressed to the Defendant _____ at Defendant's last known address which is (state address) _____.

    I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this \_\_\_\_ day of _____, 20\_\_\_.

_____
Signature of person making service

4

Electronically Filed
4/7/2021 3:10 PM
Steven D. Grierson
CLERK OF THE COURT

1  **COMJD**
JOHN C. COURTNEY, ESQ.
2  Nevada Bar No. 11092
SEBASTIAN F. GAJARDO, ESQ.
3  Nevada Bar No. 14847
ANDREW P. DUNNING, ESQ.
4  Nevada Bar No. 13864
**LBC LAW GROUP**
5  3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
6  Ph.: (702) 608-3030
Fax: (702) 463-4443
7  Info@LBCLawgroup.com
*Attorneys for Plaintiff*

CASE NO: A-21-832469-C
Department 14

EIGHTH JUDICIAL DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| HERNALDO MARTINEZ-MESTRE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC, a foreign limited-liability company; y, DOES I-X, and ROES XI-XX,<br><br>Defendants. | Case No.:<br>Dept. No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff HERNALDO MARTINEZ-MESTRE, by and through his counsel of record, LBC LAW GROUP, brings this Complaint against Defendants ALBERTSON'S, LLC, DOES I-X, AND ROES XI-XX (collectively, "Defendants"), and alleges the following:

**PARTIES**

1. Plaintiff HERNALDO MARTINEZ-MESTRE is, and at all times mentioned in this complaint was, a resident of Clark County, Nevada.

2. Defendant ALBERTSON'S LLC ("ALBERTSON'S") is, and at all times mentioned in this complaint was, a foreign limited-liability company duly authorized to do business in Clark County, Nevada.

///

3. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES I through X, inclusive, and ROES XI through XX, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend his complaint to allege their true names and capacities when such are ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences alleged in this complaint, and the Plaintiff's damages as alleged were proximately caused by each Defendant's conduct.

4. At all relevant times, Defendants were agents, servants, employees, or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the course and scope of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

## JURISDICTION

5. All acts and events alleged in this Complaint took place in Clark County, Nevada.

6. The amount in controversy, represented by actual damages caused to Plaintiff, exceeds $15,000.00.

## GENERAL STATEMENT OF FACTS

7. On or about July 10, 2019, Plaintiff was a patron of ALBERTSON'S located at 2885 East Desert Inn Road, Las Vegas, Nevada 89121 (the "Property").

8. As Plaintiff was at the cash register completing his transaction, Plaintiff slipped on an unknown liquid substance on the floor of the property (the "Dangerous Condition").

9. Upon information and belief, there were no signs or cones warning of the Dangerous Condition on the floor.

10. Upon Information and belief, at all times relevant hereto, the Property was owned, operated, and/or managed by Defendant ALBERTSON'S.

11. Defendants knew, or reasonably should have known, that the Dangerous Condition existed on the Property.

12. As a direct and proximate result of the incident described above, Plaintiff suffered bodily injury.

13. As a direct and proximate result of his slip and fall, Plaintiff has been limited in the recreational, household, and activities he can perform, which has in turn caused him to suffer pain and suffering, physical impairment, mental anguish, and loss of enjoyment of life in a presently unascertainable amount.

14. The slip and fall resulted through no fault of Plaintiff.

## FIRST CAUSE OF ACTION
### (NEGLIGENCE)

15. Plaintiff re-alleges paragraphs 1 through 14 as though fully set forth herein.

16. Defendants owed Plaintiff a duty of care, including but not limited, to warning plaintiff of non-obvious dangerous conditions and to keep the premises in a non-hazardous state.

17. Defendants breached the duty of care by creating or permitting a dangerous condition to exist on its premises and/or not warning of such condition.

18. As a direct and proximate result of Defendants' negligence, Plaintiff sustained damages in an amount in excess of $15,000.00.

19. Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and cost to bring to this action.

## SECOND CAUSE OF ACTION
### (NEGLIGENT HIRING, TRAINING, SUPERVISION, AND RENTENTION)

20. Plaintiff re-alleges paragraphs 1 through 19 as though fully set forth herein.

21. Defendants owed a duty of care to Plaintiff to adequately hire, train, supervise, and retain its employees, agents, and independent contractors to ensure that a safe environment was provided for its invitees and/or licensees.

22. Defendants breached said duty by hiring employees, agents, and/or independent contractors with reckless or irresponsible propensities even though it knew, or should have known, of the reckless or irresponsible propensities of said employees, agents, and/or independent contractors.

23. Defendants further breached this duty by failing to train its employees, agents, and/or independent contractors to keep the Property safe for the use of its invitees and/or licensees

///

24. Defendants further breached this duty by failing to supervise its employees, agents, and/or independent contractors to ensure that their duties were performed in a safe manner.

25. Defendants further breached this duty by retaining employees, agents, and/or independent contractors who previously conducted themselves in an unsafe and/or careless manner.

26. As a direct and proximate result of Defendants' negligent hiring, training, supervision and retention, Plaintiff sustained damages as described in Paragraph 18.

## THIRD CAUSE OF ACTION

### (NEGLIGENT INSPECTION AND MAINTENANCE)

27. Plaintiff re-alleges paragraphs 1 through 26 as though fully set forth herein.

28. Defendants owed Plaintiff a duty to inspect and maintain the Property so that the Dangerous Condition did not exist.

29. Defendants breached that duty when it failed to inspect, maintain, or otherwise discover the Dangerous Condition.

30. As a direct and proximate result of Defendants' negligent inspection and maintenance, Plaintiff sustained damages as described in Paragraph 18.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief from this Honorable Court:

1. General and Special Damages in excess of $15,000;
2. Attorney Fees and Costs;
3. Pre- and Post-Judgment Interest; and
4. Any and All Other Relief Deemed Appropriate by this Honorable Court.

///
///
///
///
///
///
///

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands the right to have his case heard by a jury.

RESPECTFULLY SUBMITTED this 7th day of April 2021.

By: _____/s/ Sebastian F Gajardo_____
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14874
ANDREW P. DUNNING, ESQ.
Nevada Bar No. 13864
**LBC LAW GROUP**
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 463-4443
Info@LBCLawgroup.com
*Attorneys for Plaintiff*