# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERNALDO MARTINEZ-MESTRE,<br><br>Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant | Case No.: 2:21-cv-01098-APG-BNW<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

Defendant Albertson's LLC removed this action on the basis of diversity jurisdiction. ECF No. 1. I previously ordered Albertson's to show cause why this action should not be remanded because Albertson's had not shown by a preponderance of the evidence that there was complete diversity between the parties or that the amount in controversy was satisfied. In its response, Albertson's established complete diversity, but I remain unconvinced that Albertson's met its burden to show that the amount in controversy is satisfied.

I THEREFORE ORDER that this action is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 22nd day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE